MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**FREDERICK CLARK CREASY, JR**        v.        **DORA SCHRIRO,** *et al.*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 2:06-cv-00522-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  June 9, 2008

      State prisoner Frederick C. Creasy, Jr. filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which he sets out thirteen grounds for relief.  The matter was briefed by the parties.  Thereafter, the magistrate judge entered a report and recommendation at docket 27 in which he recommends that the petition be dismissed.  Creasy filed objections at docket 28; respondent did not file a reply to the objections.

      In a matter such as this, the district judge reviews the recommendations from the magistrate judge according to the following standard:  Recommended findings of fact as to which an objection is noted and all recommended conclusions of law are reviewed *de novo*.  Recommended findings of fact as to which no objection is noted are reviewed for clear error.  Upon review of the objections, this court finds nothing which is not adequately addressed in the report from the magistrate judge.  Applying the standard of review recited above to the record in this case, the court finds that the recommendations contained in the very thorough report from Magistrate Judge Velasco at docket 27 are correct in all respects.  This court adopts the recommendations of the magistrate judge.  Based thereon, the petition is **DISMISSED**.